IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN RE: DEREK A. FARMER (#0071654)  Case No. 1:06mc85

## ORDER OF RECUSAL

The undersigned hereby RECUSES himself from this case. This case is transferred to the Honorable Algenon L. Marbley, the next senior active judge in Columbus, Ohio.

**IT IS SO ORDERED.**

_9-25-2008_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE