# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN THE MATTER OF: :
:
DEREK A. FARMER (#0071654) : Case No. 1:06-mc-85
:
: JUDGE ALGENON L. MARBLEY

## ORDER

On November 1, 2006, the Ohio Supreme Court, pursuant to Gov. Bar R. V(6)(B)(3), suspended Respondent Derek A. Farmer ("Respondent") for a period of two years with one year on stayed conditions. Respondent was charged with two counts of misconduct. The first involved Respondent's representation of Charles Martin, at the behest of various members of Martin's family. The details of this representation are set forth in *Columbus Bar Assn. v. Farmer*, 855 N.E.2d 462, 465-70 (Ohio 2006). The second involved Respondent's representation of Searcy Rutledge, Jr., in post-conviction proceedings. The details of this representation are set forth in *Farmer*, 855 N.E.2d at 470-71.

On April 10, 2009, this Court found Respondent fit to resume practice of law and granted Respondent's Motion for Reinstatement. On July 9, 2009, the Ohio Supreme Court issued an Entry of Termination of Probation and ended Respondent's probationary period. As there are no other matters pending before this Court in this matter, this case is hereby **DISMISSED**.

    **IT IS SO ORDERED.**


                                                       s/ Algenon L. Marbley
                                                       **ALGENON L. MARBLEY**
                                                       **UNITED STATES DISTRICT JUDGE**

**Dated: November 5, 2009**